

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00362-CR

**EX PARTE** Mario Leon **WHITE**

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2013W0117
Honorable Andrew Carruthers, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, appellant's motion to dismiss appeal is GRANTED, and this appeal is DISMISSED.

SIGNED August 28, 2013.

Catherine Stone, Chief Justice